CARMINE RICHARD, RESPONDENT, v. FRANCIS D. SPAGNA, APPELLANT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 5 *N. J. Mis. R.* 33.

For the respondent, *Hart & Vanderwart.*

For the appellant, *Adolph J. H. Peters.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—PARKER, J.   1.